

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00886-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**HAYS STREET BRIDGE RESTORATION GROUP**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19589
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the motion to dismiss the appeal is GRANTED and this appeal is DISMISSED.

We order that appellee Hays Street Bridge Restoration Group recover its costs of this appeal, if any, from appellant City of San Antonio.

SIGNED July 17, 2019.

Beth Watkins, Justice